FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
SEP 18 2024
BY ___JM___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-cr-00171 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| ERIK DEWAUN WILLIAMS | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about April 14, 2024, in the Middle District of Tennessee, the defendant, **ERIK DEWAUN WILLIAMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock GmbH, model 45, 9x19 mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

_____
FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

*[signature]*

NICHOLAS J. GOLDIN
ASSISTANT UNITED STATES ATTORNEY